IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY W. BROLLINI, and TRUDY A. NOWAK, as Chapter 7 Bankruptcy Trustee in the Matter of Anthony W. Brollini, <br><br>Plaintiffs, <br><br>vs. <br><br>UNION PACIFIC RAILROAD CO., <br><br>Defendant. | 8:23CV200 <br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 23). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed in its entirety, with prejudice and without costs or disbursement to any of the parties.

Dated this 19th day of March, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge